KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 8, 2025 2:43 PM
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CASE NO. **CR 25-00090-DKW** |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. § 1001] |
| ETHAN PAGE, | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

<u>False Statement</u>
(18 U.S.C. § 1001)

On or about December 22, 2021, in the District of Hawaii, ETHAN PAGE, the defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by falsely stating on Small Business Administration ("SBA") Form 3173 (Post Award Report) that he spent $1,409,964.35 received from the SBA's Restaurant Revitalization Fund Program ("RRF") by his business, Hanapepe Design Studio LLC, on eligible business expenses. The statement and representation were false because, as PAGE then and there knew, he had converted those funds to his personal use by transferring them to a personal investment account and by using them for personal expenses.

All in violation of Title 18, United States Code, Section 1001.

DATED: September 8, 2025, Honolulu, Hawaii.

_____
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

_____
CRAIG S. NOLAN
Assistant U.S. Attorney

United States v. Ethan Page
Information
Case No. **CR 25-00090-DKW**